# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC L. BOLTON

NO. 2021 KW 0478

**JULY 6, 2021**

---

In Re: Eric L. Bolton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 484,145.

---

**BEFORE: CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the district court's ruling on his "Supplement and Amendment to Second or Subsequent Application for Postconviction Relief" and any other portion of the district court record that may support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before August 6, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT